**HIRALDO P.A.**
Manuel Hiraldo, Esq.
*pro hac vice*
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301
MHiraldo@Hiraldolaw.com
Telephone: 954-400-4713

**THE LAW OFFICES OF JIBRAEL S. HINDI**
**JIBRAEL S. HINDI, ESQ.**
*pro hac vice*
E-mail: jibrael@jibraellaw.comz
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone: 954-907-1136
Fax: 855-529-9540

**LAW OFFICES OF MARSHALL E. ROSENBACH**
Marshall Rosenbach, Esq. (SBN 214214)
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
marshall@marshallrosenbach.com
Telephone: 310-860-4764
Fax: 561-694-1359

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIANA BARBIERI,<br><br>            Plaintiff,<br><br>     v.<br><br>AEG PRESENTS SE, LLC,<br><br>            Defendant. | Case No. 2:20-cv-03923-PSG-GJS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AEG PRESENTS SE, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Adriana Barbieri, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses AEG Presents SE, LLC as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part: 41(a) Voluntary Dismissal (1) By the Plaintiff

1

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant AEG Presents SE, LLC has neither answered Plaintiffs Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

DATED: July 6, 2020

Respectfully Submitted,

**HIRALDO P.A.**
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
(*pro hac vice*)
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*

**MARSHALL ROSENBACH, ESQ.**
Attorney for Plaintiff
(SBN 214214)